New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 1

To
Plaintiff's Complaint and Jury Demand

Confidential

## ACCESS AGREEMENT

This Access Agreement (this "Agreement") is entered into by New West Michigan III Industrial Investors, L.L.C., a Michigan limited liability company ("Landlord"), and AMAZON.COM SERVICES LLC, a Delaware limited liability company ("Amazon"), on the dates next to their respective signatures, to be effective as of the later of such dates (the "Effective Date").

### RECITALS

### AGREEMENT

NOW, THEREFORE, in consideration of the mutual covenants and promises contained in this Agreement and other good and valuable consideration, the receipt and sufficiency of which is acknowledged by each of the Parties, the Parties agree as follows:

2.     **Permitted Actions.** During the Access Term, the Amazon Parties, will have access to the Project for the purpose of conducting due diligence and any non-invasive pre-construction activity required for the Project, which may include, but is not limited to, the following actions: (a) to survey the Project, including appurtenant easements, if any, as Amazon determines to be desirable; (b) to conduct feasibility studies; (c) to conduct engineering and environmental studies, including, without limitation, Phase I environmental site assessments, cultural resources surveys, invasive environmental investigations, and other physical assessments; (d) for planning and measuring, construction of improvements and installation of furniture, fixtures, and telecommunication and other equipment, and any other activities to facilitate Amazon's intended use(s) of and operations at the Project; and (e) for the delivery of products and to commence Amazon's use(s) of and operations at the Project (collectively, the "Permitted Actions").

3.     **Amazon's Obligations.** Except as the Parties may agree otherwise in the Lease, Amazon will (a) bear the costs of the Permitted Actions; (b) comply with all laws and ordinances applicable to the Project; (c) keep the Project free from any liens which might arise as a result of the Permitted Actions; and (d) obtain all governmental permits required for Amazon's activities on the Project. Amazon will not owe Landlord any fee, charge or payment for entering into this Agreement or exercising the Permitted Actions. If the Parties do not enter into the Lease, Amazon will remove all of its equipment, materials, products, and other improvements to return the Project to a condition no worse than its condition as of the Effective Date. Amazon's obligations under the preceding sentence will survive the expiration or termination of this Agreement. Amazon has no obligation to maintain or repair the Project

1

Confidential

except to the extent any maintenance or repair is required as a result of the Amazon Parties' negligence or willful misconduct.

    4.     **Confidentiality.**

        c.     <u>Confidential Information</u>. All information specifically labeled as "confidential" or that would reasonably be presumed to be confidential, including the terms and conditions of this Agreement, the Lease, and all non-public information relating to Amazon's technology, operations, customers, business plans, promotional and marketing activities, finances and other business affairs (collectively, "<u>Confidential Information</u>"), that is learned by or disclosed to any Landlord Parties with respect to Amazon's business in connection with this Agreement or the leasing transaction will be kept strictly confidential by such Landlord Parties and will not be used (except for Landlord's confidential internal purposes, or as otherwise required by Legal Requirements, or for disclosing to Landlord's agents, directors, officers or employees, prospective purchasers or lenders, provided any such party understands and agrees to be bound by the terms of this confidentiality provision) or disclosed to others by any Landlord Parties, without the express prior consent of Amazon, which Amazon may withhold in its sole and absolute discretion. As used above, the term "<u>Legal Requirements</u>" means all applicable federal, state, county and municipal statutes, ordinances, codes, rules, regulations and requirements. The provisions of this Section 3 will survive the expiration or termination of this Agreement.

    5.     **Insurance.**

Confidential

6.      **Indemnity.**

7.      **Exclusivity.**

9.      **Cure Period; Waiver of Consequential Damages.** Any breach of this Agreement will not be considered material until the breaching party is given notice of its breach and fails to cure within 15 days of the notice; provided, however, if longer than 15 days is reasonably required to effectuate a cure, then Amazon will not be in default under this Agreement so long as Amazon commences efforts to cure within such 15-day period and diligently continues to effectuate a cure thereafter. Notwithstanding any provision in this Agreement to the contrary, neither Party will be liable to the other Party for consequential damages, such as lost profits or interruption of the other Party's business, except that this sentence will not apply to Landlord's breach of its confidentiality obligations under this Agreement.

10.     **Assignment.**

Confidential

**11.     Successors; Entire Agreement; Amendment; Remedies; Waiver.**
10, this Agreement will be binding upon, jointly and severally, and inure to the benefit of Landlord and Amazon and their respective representatives, successors and assigns. This Agreement embodies the entire agreement between the Parties concerning the Agreement's subject matter. No modification, waiver, or amendment of this Agreement or any of its provisions will be binding upon either Party if not in writing and signed by such Party. All rights and remedies set forth in this Agreement are cumulative, non-exclusive, and in addition to such other rights and remedies as may be available at law, in equity, or otherwise. No delay in enforcement or failure by a party to insist on strict performance of any term or condition of this Agreement will be deemed a waiver thereof, or a waiver of any right to performance of the same or any similar or other term or condition in the future.

**12.     Severability; Counterparts.**

**13.     Notices.** Notices under this Agreement will be in writing and sent by a reputable overnight courier service, postage prepaid, addressed to the applicable Party at its addresses listed on the signature page. Either Party may change its address(es) for subsequent notices by giving notice to the other Party. Notice will be deemed given upon delivery or when delivery is refused.

**14.     Governing Law; Venue.** This Agreement is governed by the substantive applicable laws of the state in which the Project is located, excluding its conflicts of law provisions. Any dispute arising under, in connection with, or incident to this Agreement or about its interpretation will be resolved exclusively in the state or federal courts located in the county in which the Project is located. The Parties irrevocably submit to those courts' venue and jurisdiction. The Parties waive all defenses of lack of personal jurisdiction and forum non-conveniens. A final judgment in any such suit or action may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by applicable law.

[Signature Page to Follow]

4

Confidential

IN WITNESS WHEREOF, Landlord and Amazon have executed this Agreement on the dates set forth below.

LANDLORD:

NEW WEST MICHIGAN III INDUSTRIAL INVESTORS, L.L.C., a Michigan limited liability company

By: KOJAIAN PARTNERS III, L.L.C., a Michigan limited liability company
Its: Sole Member

By: KOJAIAN PARTNERS III-M, INC., a Michigan corporation
Its: Manager

By: _____
      Anthony G. Antone, Esq.
Its:    Vice President

Date Signed: ___1/3/20___

To Landlord:
New West Michigan III Industrial Investors, L.L.C.
39400 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304

AMAZON:

AMAZON.COM SERVICES LLC

By _____
Print Name ___Joshua Abells___
Its ___Authorized Signatory___
Date Signed: ___1/3/2020___

To Amazon:
c/o Amazon.com, Inc.
Attention: Real Estate Manager (NA Ops: DGR6)
410 Terry Ave N
Seattle, WA 98109

c/o Amazon.com, Inc.
Attention: General Counsel (Real Estate NA Ops: DGR6)
410 Terry Ave N
Seattle, WA 98109

And via email to:
na-realestate@amazon.com;
legal-us-realestate@amazon.com
Subject line: Re: DGR6

5

New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 2

To
Plaintiff's Complaint and Jury Demand



# BC-RENO-2020-0342 Summary

Printed: Monday, June 01, 2020

| | |
|---|---|
| Type: | Building Permit - Commercial or 3+ Family Renovation (Interior & |
| Title: | 3951 Trade Drive SE Selective Demolition |
| Address: | 3951 TRADE DR  SE |
| Parcel: | 41-18-20-300-070 |

**Waiting to Inspect**

Description: Selective demolition of the existing facility, including removal of interior partitions and abandoned interior equipment, smoothing/grinding of floor concrete to prepare for new work, removal of existing dock doors, select demolition of existing wall to prepare for new dock doors, saw cutting of slab to prepare for new uses, removal of existing cement/asphalt at new dock doors, removal of any contaminated soils (pending soils test). Removal of broken window panes.  Other demolition as required to prepare building for new tenant.

Assigned Staff:  Travis VanLuyn        tvanluyn@grand-rapids.mi.us

File Date:        2/20/2020

| **APPLICANT** | **ARCHITECT** | **OWNER** |
|---|---|---|
| Eric Bratt  PE, MBA, LEED AP BD-C | Eric Bratt  PE, MBA, LEED AP BD-C | NEW WEST MICHIGAN III INDUSTRIAL |
| Progressive A&E | Progressive A&E | INVESTORS LLC |
| 1811 4 Mile Rd NE | 1811 4 Mile Rd NE | 39400 WOODWARD AVE STE 250 |
| Grand Rapids, MI  49525 | Grand Rapids, MI  49525 | BLOOMFIELD HILLS, MI  48304 |
| Work: 6169884873 | Work: 6169884873 | |
| Email: bratte@progressiveae.com | Email: bratte@progressiveae.com | |

## PROJECT INFORMATION

| | | | |
|---|---|---|---|
| HVAC Work Included | No | Electrical Work Included | No |
| Plumbing Work Included | No | Fire Suppression Work Included | No |
| Construction Cost | 2147844.00 | Type of Construction | 2B (602.2) |
| Actual Building Height | 50 | Number of Stories | 3 |
| Building Footprint | 467027 | Work Area | 467027 |
| Census Class Description | Commercial Addn-Remodel | Number of Buildings | 1 |
| Expiration Date | 10/17/2020 | | |

## USE AND OCCUPANCY

| | | | |
|---|---|---|---|
| Use Group | S-1 (311.2) | Use Group Description | Storage Moderate Hazard |
| Residential Units Exist Occupiable | 0 | Residential Units New White Box | 0 |
| Residential Units New Occupiable | 0 | Commercial Units Exist Occupiable | 0 |
| Commercial Units New White Box | 0 | Commercial Units New Occupiable | 0 |

## FIRE PROTECTION

| | | | |
|---|---|---|---|
| Fire Suppression Equipped | Yes | Fire Suppression Type | NFPA 13 |
| Alternative Extinguishing System | No | Standpipes Equipped | Yes |
| Fire Alarm System | Yes | Fire Detection System | No |

## PLAN REVIEW

| | | | |
|---|---|---|---|
| Electrical Plan Requirement | No | Mechanical Plan Requirement | No |
| Plumbing Plan Requirement | No | Specialized Plan Requirement | No |
| Architect-Engineer Role | Design-Submittal-As Requested Site Visits | Required Plans | After you review the application summary and submit your application, you will be prompted to upload plans and any necessary supporting documents. Based upon your application, the following plan types will be required, which must be uploaded in PDF format: Site Plan | Architectural/Structural Plan | Soil Erosion Control Plan | Drainage/Utility Plan. In addition to these plan types, any other submittal items necessary for the plans examiner to evaluate the proposed project should also be provided. To request deferred submittal of any required plan type, list it in the section below. Some uses are ineligible for deferred plan submittal. |
| Plans Acknowledgement | CHECKED | | |

## ENERGY CONSERV-SUSTAINABILITY

| | | | |
|---|---|---|---|
| Building Energy Compliance | No | Addition Energy Compliance | Yes |
| Equipment Energy Compliance | Yes | Sustainability | None |

## PROPOSED USE

| | | | |
|---|---|---|---|
| Single Family Residential Proposed Use | UNCHECKED | Duplex Proposed Use | UNCHECKED |
| Townhome Proposed Use | UNCHECKED | Multi-family Proposed Use | UNCHECKED |
| Office Proposed Use | UNCHECKED | Medical-Dental Proposed Use | UNCHECKED |
| Retail Proposed Use | UNCHECKED | Party Store Proposed Use | UNCHECKED |
| Restaurant Proposed Use | UNCHECKED | Bar-Club Proposed Use | UNCHECKED |
| Assembly Proposed Use | UNCHECKED | Hotel-Motel Proposed Use | UNCHECKED |
| Sports Club Proposed Use | UNCHECKED | Drive-Thru Proposed Use | UNCHECKED |
| Salon-Styling Proposed Use | UNCHECKED | Auto Service Proposed Use | UNCHECKED |
| Auto Sales Proposed Use | UNCHECKED | Industrial Proposed Use | CHECKED |
| Institutional Proposed Use | UNCHECKED | Marijuana Proposed Use | UNCHECKED |

Other Proposed Use          UNCHECKED

## CURRENT USE

| | | | |
|---|---|---|---|
| Single Family Residential Current Use | UNCHECKED | Duplex Current Use | UNCHECKED |
| Townhome Current Use | UNCHECKED | Multi-family Current Use | UNCHECKED |
| Office Current Use | UNCHECKED | Medical-Dental Current Use | UNCHECKED |
| Retail Current Use | UNCHECKED | Party Store Current Use | UNCHECKED |
| Restaurant Current Use | UNCHECKED | Bar-Club Current Use | UNCHECKED |
| Assembly Current Use | UNCHECKED | Hotel-Motel Current Use | UNCHECKED |
| Sports Club Current Use | UNCHECKED | Drive-Thru Current Use | UNCHECKED |
| Salon-Styling Current Use | UNCHECKED | Auto Service Current Use | UNCHECKED |
| Auto Sales Current Use | UNCHECKED | Industrial Current Use | CHECKED |
| Institutional Current Use | UNCHECKED | Other Current Use | UNCHECKED |

## SITE DETAILS

| | | | |
|---|---|---|---|
| Water Service Connection | Existing | Fire Service Connection | Existing |
| Excavation Area | 20000 | Parking Area | 0 |
| Modifying Stormwater Drainage | No | Changing Traffic Circulation | No |
| New or Modified Curb Cuts | Yes | Changing Driveway Width | Yes |
| Work in Public Right-of-Way | No | | |

## SPECIAL INSPECTIONS

| | | | |
|---|---|---|---|
| Soil Boring Special Insp | No | Soil Compaction Special Insp | No |
| Concrete Special Insp | No | Precast Fabrication Special Insp | No |
| Precast Erection Special Insp | No | Masonry Special Insp | No |
| Steel Fabrication Special Insp | No | Steel Erection Special Insp | No |
| Fabricated Wood Special Insp | No | Intumescent Paint Special Insp | No |
| Fireproofing Special Insp | No | Fire Resistant Joint Special Insp | No |

## LOCATION

| | | | |
|---|---|---|---|
| Zone District | SD-IT | Zone Neighborhood Class | MON |
| Historic District | Not Historic | Ward | 3 |
| Neighborhood | ken-O-Sha Park | Inspector Area | SOUTH |

## USE GROUP

| Use Group | Floor |
|---|---|
| S-1 (311.2) | 1 |
| S-2 (311.3) | 1 |
| B (304.1) | 2 |

S-2 (311.3)                                 3

**PROCESSING STATUS** *(chronological)*

**Intake**

2/21/2020   Staff:

*Waiting for Plans*

**Intake**

2/21/2020   Staff: Plan Room

*Plans Received*

**Intake**

2/24/2020   Staff: William Hordyk          whordyk@grand-rapids.mi.us          (616) 456-3134

*Counter Approval*
Counter approval as selective interior demolition and repairs.
No final use and occupancy can be established until such time a permit is applied for and inspector for a specific use.

**Issuance**

2/25/2020   Staff: Brooke Hovenkamp        bhovenkamp@grand-rapids.mi.us        616-456-3389

*Ready to Issue*

**Issuance**

4/17/2020   Staff: Chase Murphy            cmurphy@grand-rapids.mi.us          (616) 456-3205

*Issued*

**FEES**

Invoice: 1000352808 on 04/14/2020

| | | |
|---|---:|---|
| Commercial Building Application | 40.00 | |
| Commercial Building Permit | 13428.75 | |
| Building Plan Review | 1346.00 | |
| Commercial Zoning Permit | 235.00 | |
| **Total Invoiced :** | 15049.75 | |
| **Payments**: | 15049.75 | **Balance: 0.00** |

New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 3

To
Plaintiff's Complaint and Jury Demand



# BC-RENO-2020-0471 Summary

Printed: Monday, June 01, 2020

| | |
|---|---|
| Type: | Building Permit - Commercial or 3+ Family Renovation (Interior & |
| Title: | 3951 Trade Drive SE Renovation |
| Address: | 3951 TRADE DR  SE |
| Parcel: | 41-18-20-300-070 |

**Closed-Withdrawn**

Description: Renovation of existing building.  Façade improvements include replacement of existing windows with GR-compliant glazing, relocation of loading docks to north side, and patching/painting of exterior metal cladding as required.  Interior will include buildout of office block on first level, conversion of portion of first floor into delivery fulfilment area/conveyor system, and dedicated, separate parking space.  Third floor space will also be converted to parking with a new ramp.  Mechanical systems will be replaced to address space conditioning and life safety (CO and NO2 for parking/vehicles).

Assigned Staff: Travis VanLuyn      tvanluyn@grand-rapids.mi.us

File Date:      3/11/2020

| **APPLICANT** | **ARCHITECT** | **OWNER** |
|---|---|---|
| Eric Bratt  PE, MBA, LEED AP BD-C | Eric Bratt  PE, MBA, LEED AP BD-C | NEW WEST MICHIGAN III INDUSTRIAL |
| Progressive A&E | Progressive A&E | INVESTORS LLC |
| 1811 4 Mile Rd NE | 1811 4 Mile Rd NE | 39400 WOODWARD AVE STE 250 |
| Grand Rapids, MI  49525 | Grand Rapids, MI  49525 | BLOOMFIELD HILLS, MI  48304 |
| Work: 6169884873 | Work: 6169884873 | |
| Email: bratte@progressiveae.com | Email: bratte@progressiveae.com | |

## PROJECT INFORMATION

| | | | |
|---|---|---|---|
| HVAC Work Included | Yes | Electrical Work Included | Yes |
| Plumbing Work Included | Yes | Fire Suppression Work Included | Yes |
| Construction Cost | 5716156.00 | Type of Construction | 2B (602.2) |
| Actual Building Height | 50 | Number of Stories | 3 |
| Building Footprint | 499512 | Work Area | 906248 |
| Census Class Description | Commercial Addn-Remodel | Number of Buildings | 1 |

## USE AND OCCUPANCY

| | | | |
|---|---|---|---|
| Use Group | S-1 (311.2) | Use Group Description | Storage Moderate Hazard |
| Occupant Load | 2396 | Use and Occupancy Change | Yes |
| Residential Units Exist Occupiable | 0 | Residential Units New White Box | 0 |
| Residential Units New Occupiable | 0 | Commercial Units Exist Occupiable | 1 |
| Commercial Units New White Box | 0 | Commercial Units New Occupiable | 1 |

## FIRE PROTECTION

| | | | |
|---|---|---|---|
| Fire Suppression Equipped | Yes | Fire Suppression Type | NFPA 13 |
| Alternative Extinguishing System | No | Standpipes Equipped | Yes |

| | | | |
|---|---|---|---|
| Fire Alarm System | Yes | Fire Detection System | No |

## PLAN REVIEW

| | | | |
|---|---|---|---|
| Electrical Plan Requirement | Yes | Mechanical Plan Requirement | Yes |
| Plumbing Plan Requirement | Yes | Specialized Plan Requirement | Yes |
| Architect-Engineer Role | Design-Submittal-As Requested Site Visits | Required Plans | After you review the application summary and submit your application, you will be prompted to upload plans and any necessary supporting documents.<br> Based upon your application, the following plan types will be required, which must be uploaded in PDF format: Site Plan \| Architectural/Structural Plan \| Electrical Plan \| Mechanical Plan \| Plumbing Plan \| Soil Erosion Control Plan \| Drainage/Utility Plan \| Specialized Plan (examples: fire alarm, sprinkler, food service). In addition to these plan types, any other submittal items necessary for the plans examiner to evaluate the proposed project should also be provided. To request deferred submittal of any required plan type, list it in the section below. Some uses are ineligible for deferred plan submittal. |
| Plans Acknowledgement | CHECKED | | |

## ENERGY CONSERV-SUSTAINABILITY

| | | | |
|---|---|---|---|
| Building Energy Compliance | Yes | Addition Energy Compliance | Yes |
| Equipment Energy Compliance | Yes | Sustainability | None |

## PROPOSED USE

| | | | |
|---|---|---|---|
| Single Family Residential Proposed Use | UNCHECKED | Duplex Proposed Use | UNCHECKED |
| Townhome Proposed Use | UNCHECKED | Multi-family Proposed Use | UNCHECKED |
| Office Proposed Use | UNCHECKED | Medical-Dental Proposed Use | UNCHECKED |
| Retail Proposed Use | UNCHECKED | Party Store Proposed Use | UNCHECKED |
| Restaurant Proposed Use | UNCHECKED | Bar-Club Proposed Use | UNCHECKED |

| | | | |
|---|---|---|---|
| Assembly Proposed Use | UNCHECKED | Hotel-Motel Proposed Use | UNCHECKED |
| Sports Club Proposed Use | UNCHECKED | Drive-Thru Proposed Use | UNCHECKED |
| Salon-Styling Proposed Use | UNCHECKED | Auto Service Proposed Use | UNCHECKED |
| Auto Sales Proposed Use | UNCHECKED | Industrial Proposed Use | CHECKED |
| Institutional Proposed Use | UNCHECKED | Marijuana Proposed Use | UNCHECKED |
| Other Proposed Use | UNCHECKED | | |

## CURRENT USE

| | | | |
|---|---|---|---|
| Single Family Residential Current Use | UNCHECKED | Duplex Current Use | UNCHECKED |
| Townhome Current Use | UNCHECKED | Multi-family Current Use | UNCHECKED |
| Office Current Use | UNCHECKED | Medical-Dental Current Use | UNCHECKED |
| Retail Current Use | UNCHECKED | Party Store Current Use | UNCHECKED |
| Restaurant Current Use | UNCHECKED | Bar-Club Current Use | UNCHECKED |
| Assembly Current Use | UNCHECKED | Hotel-Motel Current Use | UNCHECKED |
| Sports Club Current Use | UNCHECKED | Drive-Thru Current Use | UNCHECKED |
| Salon-Styling Current Use | UNCHECKED | Auto Service Current Use | UNCHECKED |
| Auto Sales Current Use | UNCHECKED | Industrial Current Use | CHECKED |
| Institutional Current Use | UNCHECKED | Other Current Use | UNCHECKED |

## SITE DETAILS

| | | | |
|---|---|---|---|
| Water Service Connection | Existing | Fire Service Connection | Existing |
| Excavation Area | 20000 | Parking Area | 685000 |
| Modifying Stormwater Drainage | No | Changing Traffic Circulation | Yes |
| New or Modified Curb Cuts | No | Changing Driveway Width | Yes |
| Work in Public Right-of-Way | No | | |

## SPECIAL INSPECTIONS

| | | | |
|---|---|---|---|
| Soil Boring Special Insp | No | Soil Compaction Special Insp | No |
| Concrete Special Insp | No | Precast Fabrication Special Insp | No |
| Precast Erection Special Insp | No | Masonry Special Insp | No |
| Steel Fabrication Special Insp | No | Steel Erection Special Insp | No |
| Fabricated Wood Special Insp | No | Intumescent Paint Special Insp | No |
| Fireproofing Special Insp | No | Fire Resistant Joint Special Insp | No |

## LOCATION

| | | | |
|---|---|---|---|
| Zone District | SD-IT | Zone Neighborhood Class | MON |
| Historic District | Not Historic | Ward | 3 |
| Neighborhood | ken-O-Sha Park | Inspector Area | SOUTH |

## USE GROUP

| Use Group | Floor |
|-----------|-------|
| S-1 (311.2) | 1 |
| S-2 (311.3) | 1 |
| B (304.1) | 2 |

## DEFERRED PLANS

| Plan Type | Designer Responsible | Company Name | Expected Submittal Date | Notes |
|-----------|----------------------|--------------|-------------------------|-------|
| Sprinkler | Fire Protection Contractor | TBD | 04/11/2020 | |
| Fire Alarm | Fire Alarm Contractor | TBD | 04/11/2020 | |
| Site Plan | Progressive AE | Progressive AE | 03/12/2020 | LUDS forthcoming |

## PROCESSING STATUS *(chronological)*

### Intake

3/11/2020   Staff:

     *Waiting for Plans*

### Intake

3/12/2020   Staff: Plan Room

     *Plans Received*

### Intake

3/17/2020   Staff: William Hordyk      whordyk@grand-rapids.mi.us      (616) 456-3134

     *Application Entered*
Application Entered
116_ page plan with electrical, mechanical, and plumbing drawings.

### Historic Review

3/17/2020   Staff: William Hordyk      whordyk@grand-rapids.mi.us      (616) 456-3134

     *Waived*

### Plumbing Review

3/19/2020   Staff: Marvin Schierbeek      mschier@grand-rapids.mi.us      (616) 456-3157

     *Approved*

### Electrical Review

3/23/2020   Staff: Ed Longstreet      elongstreet@grand-rapids.mi.us      616-456-3048

     *Approved*
2017 Michigan Electrical Code Rules Part 8 (MECR) and the 2017 National Electrical Code (NEC) applies and will be used to resolve issues in the event of field changes, installation conflicts or missed review items.

### Fire Dept Review

3/24/2020   Staff: Eric Dokter      edokter@grand-rapids.mi.us      (616) 456-3803

**Deferred**

The applicant has noted "deferred submittals" on the construction documents and has requested deferral of the trade documents. These documents, once completed and sealed by the registered Design Professional for each respective trade, shall be provided to the Design Professional in Responsible Charge (DPRC) for review. Once the DPRC has completed their review for compliance with the building's design, the documents SIGNED AND SEALED BY THE TRADE DESIGN PROFESSIONAL shall be forwarded to City with the applicable transmittal form SIGNED BY THE DPRC.

NO WORK shall commence by the deferred trades, and no concealment of structural work shall occur until the required documents have been reviewed by the DPRC and approved by the City.

The Owner and Applicant proceed at their own risk with regard to any rework, demolition or redesign required by final design and approval of the deferred documents. This risk specifically includes, but is not limited to, underground and cast-in-place elements of trade-specific work.

## Water Review

| 3/25/2020 | Staff: Lawrence Olson | lolson@grand-rapids.mi.us | (616) 456-4074 |
|---|---|---|---|

**Add'l Info Req'd**
An approved LUDS permit (site plan / engineering / storm water) will be required prior to issuance of a building permit. See Water comments on L-Dev-2020-0074.

## Building Review

| 3/25/2020 | Staff: Steve Devlaeminck | sdevlaem@grand-rapids.mi.us | (616) 456-3058 |
|---|---|---|---|

**Add'l Info Req'd**
Please see Plan room for comments.

## Planning Review

| 3/26/2020 | Staff: Andrew Bowman | abowman@grand-rapids.mi.us | (616) 456-3652 |
|---|---|---|---|

**Add'l Info Req'd**
See Plan Room for remaining issue.  LUDS Permit Plan approval required.

## Stormwater Review

| 3/26/2020 | Staff: Daniel Taber | dtaber@grand-rapids.mi.us | (616) 456-3104 |
|---|---|---|---|

**App'd with Conditions**
Will require approval of LUDS permit and issuance of soil erosion control plan.

## Engineering Review

| 3/26/2020 | Staff: Daniel Nederhoed | dnederhoed@grand-rapids.mi.us | (616) 456-4471 |
|---|---|---|---|

**Add'l Info Req'd**
See plan room comments.

## Traffic Review

| 3/26/2020 | Staff: Daniel Nederhoed | dnederhoed@grand-rapids.mi.us | (616) 456-4471 |
|---|---|---|---|

**Add'l Info Req'd**
See engineering's plan room comments.

## Mechanical Review

| 3/27/2020 | Staff: Mark Griffee | mgriffee@grand-rapids.mi.us | (616) 456-4544 |
|---|---|---|---|

**Add'l Info Req'd**
See plan room issue

## Plan Review

| 3/27/2020 | Staff: Darrell Singleton | dsingleton@grand-rapids.mi.us | 616-456-3971 |
|---|---|---|---|

**Plan Review Letter Sent**

**Plan Review**

3/31/2020    Staff: Plan Room

*Revision Received*

---

**Intake**

4/1/2020    Staff: William Hordyk              whordyk@grand-rapids.mi.us          (616) 456-3134

*Addendum Entered*
Revision entered

---

**Building Review**

4/2/2020    Staff: Steve Devlaeminck          sdevlaem@grand-rapids.mi.us         (616) 456-3058

*App'd with Conditions*
Please see Plan room for comments.

---

**Water Review**

4/7/2020    Staff: Lawrence Olson             lolson@grand-rapids.mi.us           (616) 456-4074

*Add'l Info Req'd*
An approved LUDS permit (site plan / engineering / storm water) will be required prior to issuance of a building
permit. See Water comments on L-Dev-2020-0074.

---

**Mechanical Review**

4/8/2020    Staff: Mark Griffee               mgriffee@grand-rapids.mi.us         (616) 456-4544

*App'd with Conditions*
See plan room comments

---

**Planning Review**

4/9/2020    Staff: Andrew Bowman              abowman@grand-rapids.mi.us          (616) 456-3652

*Add'l Info Req'd*
See Plan Room for new issue and conditions.

---

**Engineering Review**

4/10/2020   Staff: Daniel Nederhoed          dnederhoed@grand-rapids.mi.us        (616) 456-4471

*App'd with Conditions*
Approved in association with the approved LUDS permit.

---

**Traffic Review**

4/10/2020   Staff: Daniel Nederhoed          dnederhoed@grand-rapids.mi.us        (616) 456-4471

*Approved*

---

**Plan Review**

4/10/2020   Staff: Darrell Singleton         dsingleton@grand-rapids.mi.us        616-456-3971

*Plan Review Letter Sent*

---

**Plan Review**

4/14/2020   Staff: Plan Room

*Revision Received*

---

**Intake**

4/15/2020   Staff: William Hordyk             whordyk@grand-rapids.mi.us          (616) 456-3134

*Addendum Entered*
Response to planning entered w/ 4 revised pages

---

### Water Review

| | | | |
|---|---|---|---|
| 4/20/2020 | Staff: Lawrence Olson | lolson@grand-rapids.mi.us | (616) 456-4074 |

*Add'l Info Req'd*
Please address issues in Plan Room

### Planning Review

| | | | |
|---|---|---|---|
| 4/20/2020 | Staff: Andrew Bowman | abowman@grand-rapids.mi.us | (616) 456-3652 |

*App'd with Conditions*
See Plan Room for conditions.

### Plan Review

| | | | |
|---|---|---|---|
| 4/20/2020 | Staff: Darrell Singleton | dsingleton@grand-rapids.mi.us | 616-456-3971 |

*Plan Review Letter Sent*

### Plan Review

| | |
|---|---|
| 4/22/2020 | Staff: Plan Room |

*Revision Received*

### Intake

| | | | |
|---|---|---|---|
| 4/22/2020 | Staff: William Hordyk | whordyk@grand-rapids.mi.us | (616) 456-3134 |

*Addendum Entered*
Plumbing plan entered for Water review

### Water Review

| | | | |
|---|---|---|---|
| 4/27/2020 | Staff: Lawrence Olson | lolson@grand-rapids.mi.us | (616) 456-4074 |

*App'd with Conditions*
The Grand Rapids Water System/Environment Services shall provide or maintain water and sewer service to this project -- provided that all of the conditions and requirements set forth in the project approval-with-conditions letter are fulfilled.

Said letter has been issued today under separate cover to the owner, architect, and general contractor of the project. Water/sewer connection and inspection permits required.

If you have any questions or concerns, please contact the Grand Rapids Utility Engineering (Lawrence M. Olson) at 456-4074.

### Final Review

| | | | |
|---|---|---|---|
| 4/27/2020 | Staff: Louis Canfield | lcanfield@grand-rapids.mi.us | (616) 456-4123 |

*Approved*

### Plan Review

| | | | |
|---|---|---|---|
| 4/27/2020 | Staff: Louis Canfield | lcanfield@grand-rapids.mi.us | (616) 456-4123 |

*Completed*

## FEES

Invoice: 1000352815 on 03/17/2020

| | |
|---|---|
| Commercial Building Application | 40.00 |
| Commercial Building Permit | 35735.00 |
| Commercial Zoning Permit | 235.00 |

Building Plan Review          3577.00

**Total Invoiced :**          39587.00

**Payments:**          0.00     **Balance:** 39587.00

New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 4

To
Plaintiff's Complaint and Jury Demand



# L-DEV-2020-0074 Summary

Printed: Monday, June 01, 2020

| | |
|---|---|
| Type: | Land Use Permit - Building or Parking Lot |
| Title: | 3951 Trade Drive SE Renovation |
| Address: | 3951 TRADE DR  SE |
| Parcel: | 41-18-20-300-070 |

> **Waiting for Payment**

Description:  Renovation of existing building.  Relocation of loading docks to north side of building.  Repaving of existing truck dock on east side of building for employee parking.  Addition of landscape islands around perimeter of site to define site access points.  New landscaping and site lighting.  Restripe existing pavement at the remainder of site

Assigned Staff:  Pat Snyder   (616) 456-3472    psnyder@grand-rapids.mi.us

File Date:       3/12/2020

| **APPLICANT** | **BUILDING OWNER** | **ENGINEER** |
|---|---|---|
| Eric Bratt  PE, MBA, LEED AP BD-C | TONY ANTONE | Joshua Manion |
| Progressive A&E | NEW WEST MICHIGAN INDUSTRIAL INVESTORS LLC | Progressive AE |
| 1811 4 Mile Rd NE | 0 | 1811 4 Mile Road Northeast |
| Grand Rapids, MI  49525 | | Grand Rapids, MI  49525 |

**OWNER**

NEW WEST MICHIGAN III INDUSTRIAL
INVESTORS LLC
39400 WOODWARD AVE STE 250
BLOOMFIELD HILLS, MI  48304

## PERMIT TYPE

| | | | |
|---|---|---|---|
| Proposed Use | Industrial | Previous-Current Use | Industrial |
| Building-Parking Development | Yes | Stormwater Modification | Yes |
| Earth Change | Yes | Sidewalk | No |
| Water-Sewer Impact | No | Temporary Occupancy | No |
| Encroachment | No | Previous Approval | Not Approved |

## PROJECT INFORMATION

| | | | |
|---|---|---|---|
| Expected Start Date | 05/01/2020 | Expected Finish Date | 11/30/2020 |
| Project Acres | 3.05 | Impervious Area-Sq Ft | 52000 |
| Distance to Water | 2700 | Soil Type | Loam |
| Land Use | Industrial | Planning Approval Type | Director Review |

## LOT INFORMATION

| | | | |
|---|---|---|---|
| Lot Frontage | 858 | Lot Depth | 762 |
| Lot Area | 1037599 | Lot Shape | Irregular |

**PROJECT SUMMARY**

| | | | |
|---|---|---|---|
| New Building | UNCHECKED | Existing Building Expansion | UNCHECKED |
| Existing Building New-Expanded Use | UNCHECKED | Demo Existing Building | UNCHECKED |
| Increase Residential Density | UNCHECKED | New Parking | UNCHECKED |
| Existing Parking Expansion | CHECKED | Other Project Summary | CHECKED |
| Other Project Summary Text | Partial demolition of the building | Project Description | Use includes semi-truck delivery of packages, package sorting then loading packages onto delivery vans.  Site will function as a 24-hour operation. |

**LOCATION**

| | | | |
|---|---|---|---|
| Zone District | SD-IT | Historic District | Not Historic |
| Ward | 3 | Neighborhood | ken-O-Sha Park |
| Service Area | Southeast | Inspector Area | South |
| Flood Plain | NO | Water Proximity (within 500 ft) | NO |

**PROCESSING STATUS** *(chronological)*

**Intake**

| 3/12/2020 | Staff: | | |
|---|---|---|---|
| | ***Waiting for Plans*** | | |

**Intake**

| 3/12/2020 | Staff: Plan Room | | |
|---|---|---|---|
| | ***Plans Received*** | | |

**Intake**

| 3/13/2020 | Staff: Brooke Hovenkamp | bhovenkamp@grand-rapids.mi.us | 616-456-3389 |
|---|---|---|---|
| | ***Application Entered*** | | |
| | 12 page plan with site layout, soil erosion control, stormwater drainage, landscape, and lighting information. | | |

**Historic Review**

| 3/13/2020 | Staff: Brooke Hovenkamp | bhovenkamp@grand-rapids.mi.us | 616-456-3389 |
|---|---|---|---|
| | ***Waived*** | | |

**Intake**

| 3/13/2020 | Staff: Brooke Hovenkamp | bhovenkamp@grand-rapids.mi.us | 616-456-3389 |
|---|---|---|---|
| | ***Add'l Info Req'd*** | | |
| | The applicant of record is currently not the property owner. Per Chapter 67 of the Grand Rapids City Code, only a land owner can be issued a LUDS Permit. To update your application, please complete our online request form: https://www.grandrapidsmi.gov/Services/Request-to-be-Added-to-An-Existing-Application. If you have any questions, please contact us at devcenter@grcity.us. Thank you! | | |

**Water Review**

| 3/18/2020 | Staff: Lawrence Olson | lolson@grand-rapids.mi.us | (616) 456-4074 |
|---|---|---|---|

*Add'l Info Req'd*
Please address issue in Plan Room

**Traffic Review**

| 3/20/2020 | Staff: Daniel Nederhoed | dnederhoed@grand-rapids.mi.us | (616) 456-4471 |
|---|---|---|---|

*Approved*

**Engineering Review**

| 3/20/2020 | Staff: Daniel Nederhoed | dnederhoed@grand-rapids.mi.us | (616) 456-4471 |
|---|---|---|---|

*App'd with Conditions*
See plan room comment.

**Planning Review**

| 3/23/2020 | Staff: Andrew Bowman | abowman@grand-rapids.mi.us | (616) 456-3652 |
|---|---|---|---|

*Add'l Info Req'd*
See Plan Room for issues and conditions.

**Stormwater Review**

| 3/25/2020 | Staff: Daniel Taber | dtaber@grand-rapids.mi.us | (616) 456-3104 |
|---|---|---|---|

*Add'l Info Req'd*
See plan room comments. Minor SESC modifications required. Please provide drainage design information.

**Stormwater Review**

| 3/25/2020 | Staff: Daniel Taber | dtaber@grand-rapids.mi.us | (616) 456-3104 |
|---|---|---|---|

*Add'l Info Req'd*
See plan room comments. Minor SESC modifications required. Please provide drainage design information.

**Intake**

| 3/31/2020 | Staff: Plan Room | | |
|---|---|---|---|

*New Document*

**Water Review**

| 4/1/2020 | Staff: Lawrence Olson | lolson@grand-rapids.mi.us | (616) 456-4074 |
|---|---|---|---|

*Add'l Info Req'd*
Please address issue in Plan Room

**Intake**

| 4/1/2020 | Staff: Plan Room | | |
|---|---|---|---|

*Plans Received*

**Plan Review**

| 4/1/2020 | Staff: Plan Room | | |
|---|---|---|---|

*Revision Received*

**Intake**

| 4/1/2020 | Staff: Brooke Hovenkamp | bhovenkamp@grand-rapids.mi.us | 616-456-3389 |
|---|---|---|---|

*Addendum Entered*
14 page revised plan submitted for review.

**Water Review**

| 4/7/2020 | Staff: Lawrence Olson | lolson@grand-rapids.mi.us | (616) 456-4074 |
|---|---|---|---|

*Add'l Info Req'd*
Please address issue in Plan Room

**Stormwater Review**

| 4/8/2020 | Staff: Daniel Taber | dtaber@grand-rapids.mi.us | (616) 456-3104 |
|---|---|---|---|

*App'd with Conditions*
Approved in conjunction with complete plan documents and standard details.

It shall be the responsibility of the property owner and all other persons participating in, causing or being factually or legally responsible for any earth change to provide soil erosion and sedimentation control to adequately prevent soil from being eroded and discharged onto adjacent properties, or into a City Stormwater Drainage System, a public street or right-of-way, wetland, creek, stream, water body or floodplain.  Non-compliance with this will result in violation notices with re-inspection fees.

**Planning Review**

| 4/9/2020 | Staff: Andrew Bowman | abowman@grand-rapids.mi.us | (616) 456-3652 |
|---|---|---|---|

*App'd with Conditions*
See Plan Room for conditions.

**Intake**

| 4/14/2020 | Staff: Plan Room |
|---|---|

*New Document*
A new document was uploaded to the Plan Room.

**Water Review**

| 4/14/2020 | Staff: Lawrence Olson | lolson@grand-rapids.mi.us | (616) 456-4074 |
|---|---|---|---|

*App'd with Conditions*
Based on revised utility drawing emailed on 4/14/20.

Domestic and irrigation meters will be sized during the building permit review

A review letter with conditions for water and sewer permits will be issued during the building permit process.

Work done on public and/or private water/sewer/storm is to be performed by a registered underground contractor (RUC) with the City of Grand Rapids: Only RUC may pull permits and schedule inspections for utility work

If you have additional questions please contact Larry Olson at 616-456-4074 or email lolson@grcity.us.

**Intake**

| 4/16/2020 | Staff: Plan Room |
|---|---|

*Plans Received*

**Plan Review**

| 4/16/2020 | Staff: Plan Room |
|---|---|

*Revision Received*

**Intake**

| 4/16/2020 | Staff: Brooke Hovenkamp | bhovenkamp@grand-rapids.mi.us | 616-456-3389 |
|---|---|---|---|

*Document Filed*

**Final Review**

| 4/16/2020 | Staff: Linda Cowdin | lcowdin@grand-rapids.mi.us | 616-456-4506 |
|---|---|---|---|

*Approved*

**Plan Review**

| 4/16/2020 | Staff: Linda Cowdin | lcowdin@grand-rapids.mi.us | 616-456-4506 |

*Completed*

**Issuance**

| 4/16/2020 | Staff: Louis Canfield | lcanfield@grand-rapids.mi.us | (616) 456-4123 |

*Permit Doc Sent*

**Issuance**

| 4/20/2020 | Staff: Linda Cowdin | lcowdin@grand-rapids.mi.us | 616-456-4506 |

*Ready to Issue*
Your payment has been received, thank you.  Please sign and date the permit document (p.2 of previously emailed packet), indicate the project start date, and upload a scanned copy or email it to devcenter@grcity.us

**FEES**

Invoice: 1000352929 on 03/13/2020

| | |
|---|---|
| Dev Compliance Application Review Director | 973.00 |
| Dev Compliance Permit | 93.00 |
| SESC Application Review | 204.00 |
| SESC Permit | 794.00 |
| Stormwater Application Review | 571.00 |
| Stormwater Permit | 620.00 |
| **Total Invoiced :** | 3255.00 |
| **Payments:** | 3255.00 | **Balance:** 0.00 |

New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 5

To
Plaintiff's Complaint and Jury Demand

DocuSign Envelope ID: 0D142C06-512F-4C1E-9C22-96936AC91B4D

CC Misc 00192743 2020 TR



May 1, 2020

**VIA EMAIL**

New West Michigan III Industrial Investors, L.L.C.         Dawda Mann, PLC
39400 Woodward Avenue, Suite 250                          Dawda Mann Building
Bloomfield Hills, MI 48304                               39533 Woodward Avenue, Suite 200
Attn: Anthony G. Antone                                  Bloomfield Hills, MI 48304
Email: tantone@Kojaian.com                               Attn: Edward C. Dawda
                                                         Email: edawda@dmms.com

RE:     Termination of the Early Access Agreement for 3951 Trade Drive SE, Grand Rapids, MI (the "Site")

Anthony G. Antone:

Amazon.com Services LLC ("Amazon") and New West Michigan III Industrial Investors, L.L.C. ("Landlord") recently terminated lease negotiations and Amazon is no longer a prospective tenant for the Site. Prior to such termination, Amazon and Landlord entered into that certain Early Access Agreement ("Agreement") dated January 3, 2020 to perform surveys, studies, due diligence and construction activities at the Site ("Onsite Work").

As a result, effective immediately, Amazon terminates the Agreement under Section 1 of the Agreement. We understand that Amazon's representatives are making alternative arrangements with Landlord to remove our equipment, materials, products, and other improvements. To the extent Landlord possesses any confidential information, copyrighted materials, or work product owned by Amazon, please return such work product at your earliest convenience.

Thank you.

**Amazon**

**Amazon.com Services LLC**

By: _____Joshua Abells_____
Name: _____Joshua Abells_____
Title: _____Authorized Signatory__
Date: _____May 1, 2020_____

legal

New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 6

To
Plaintiff's Complaint and Jury Demand

| | |
|---|---|
| **From:** | Tony Antone <tantone@Kojaian.com> |
| **Sent:** | Monday, May 04, 2020 11:57 AM |
| **To:** | Reid, Stacy |
| **Cc:** | C. Michael Kojaian; zachary.browning@foster.com; Ed Dawda |
| **Subject:** | RE: DGR6 - EAA termination |

Stacy,

I received your email with Amazon's written notice of termination of the Access Agreement. We are disappointed that Amazon has chosen not to enter into the lease.

As we have discussed before, we had a very good experience in Romulus, Michigan with Seefried Properties / Amazon and are confident that we can find a mutual positive path forward on 3951 Trade Drive in Grand Rapids, Michigan.

Under paragraph 3 of the Access Agreement, Amazon is now required to "remove all of its equipment, materials, products and other improvements to return the Project to a condition no worse than its condition as of the Effective Date." You may not realize the extent to which Amazon made major alterations to our property over the last several months. Below is a link to a Dropbox folder with a number of videos showing the current state of our property.

https://www.dropbox.com/sh/wglfuawopn4p3t1/AABlzZFzmNW-lRKAbSKbmP_8a?dl=0

As you can see, our property is in much worse condition than it was as of the Effective Date of the Access Agreement.

We have retained an independent third-party engineering firm to determine the magnitude of the changes which were made to our property. This firm will prepare a detailed report including estimated costs for the required scope. After viewing the videos, you will understand that we have a number of serious concerns, including but not limited to structural integrity / life safety / code violations / our 20 year roof warranty / Association violations / blighted building exterior appearance / etc.

Given the extent of the work / demolition and alterations performed by Amazon to date (which you may or may not know) and the extent of the requirements to restore our property, we feel it is in all of our best interests to try to figure out an amicable solution.

Since you and I spoke last Tuesday, we have had a conversation with our lender to express our desire to work out a creative solution which will benefit all parties involved. Of course, if we cannot come to terms on a lease or sale, we are confident that Amazon will fulfill its obligations under the Access Agreement.

Thank you in advance for your thoughts toward a mutually beneficial path forward.

Tony

Tony Antone
Executive Vice President
**KOJAIAN MANAGEMENT CORPORATION**
39400 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
(248) 644-7600
(248) 644-7630 Fax

**From:** Reid, Stacy <stareid@amazon.com>
**Sent:** Friday, May 1, 2020 5:51 PM
**To:** Tony Antone <tantone@Kojaian.com>
**Subject:** DGR6 - EAA termination

Hi Tony,

Attached is a signed termination of the EAA. Please let me a good time next week for your to get on the phone with our construction manager to go through restoration items.

Stacy Reid
206-890-9808


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 7

To
Plaintiff's Complaint and Jury Demand

| From: | Tony Antone <tantone@Kojaian.com> |
|---|---|
| Sent: | Tuesday, May 12, 2020 4:34 PM |
| To: | Reid, Stacy |
| Cc: | C. Michael Kojaian; zachary.browning@foster.com; Ed Dawda |
| Subject: | RE: DGR6 - EAA termination |
| Attachments: | 3951 Trade Drive - BUDGET 5-11-2020.pdf |

Stacy,

Following up on my email to you on Friday, an independent commercial contractor completed an initial inspection and evaluation of the building and has provided its assessment of the necessary restoration work required of Amazon under the Access Agreement. The initial assessment, which is subject to a number of conditions, is attached and currently totals $9,425,500, which does not include any costs related to restoring the structural integrity of the building. This information should assist you in either tendering a market-value purchase offer for the property or understanding the substantial cost Amazon will incur in restoring the property.

A structural engineer also completed a preliminary assessment of the building to determine the extent of structural damage that occurred during the demolition work. We expect a report from the structural engineer in the coming days. We will provide an estimate of the associated incremental costs for necessary structural restoration. We will continue to assess the building to determine what protective advances are necessary.

Thank you.

Tony

Tony Antone
Executive Vice President
**KOJAIAN MANAGEMENT CORPORATION**
39400 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
(248) 644-7600
(248) 644-7630 Fax

**From:** Tony Antone <tantone@Kojaian.com>
**Sent:** Friday, May 8, 2020 4:38 PM
**To:** Reid, Stacy <stareid@amazon.com>
**Cc:** C. Michael Kojaian <cmk@Kojaian.com>; zachary.browning@foster.com; Ed Dawda <edawda@dmms.com>
**Subject:** Re: DGR6 - EAA termination

Stacy,

I am responding to your email earlier this week, and your voicemail message from last night. I appreciate your follow-up. We have personnel on site evaluating the needed restoration work, and will revert back early next week after we have the preliminary assessment. We will share this with you on a macro basis to enable you, if you so desire, to make a meaningful offer for the building, or you can wait for our thorough third party assessment and instead restore the property. We remain deeply concerned about the safety of the building, including potential code violations, and will take emergency actions for safety and insurance reasons if required.

I hope you have a nice weekend.

Tony

Tony Antone
Executive Vice President
**KOJAIAN MANAGEMENT CORPORATION**
39400 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
(248) 644-7600
(248) 644-7630 Fax

---

**From:** "Reid, Stacy" <stareid@amazon.com>
**Date:** Monday, May 4, 2020 at 8:31 PM
**To:** Tony Antone <tantone@Kojaian.com>
**Cc:** "C. Kojaian" <cmk@Kojaian.com>, "zachary.browning@foster.com" <zachary.browning@foster.com>,
Edward Dawda <edawda@dmms.com>
**Subject:** RE: DGR6 - EAA termination

I have forwarded this to our construction team to review.

As discussed, we did not get approval to move forward on a lease but if you would consider a sale, it would be worth another conversation.

Stacy Reid
206-890-9808

**From:** Tony Antone <tantone@Kojaian.com>
**Sent:** Monday, May 4, 2020 8:57 AM
**To:** Reid, Stacy <stareid@amazon.com>
**Cc:** C. Michael Kojaian <cmk@Kojaian.com>; zachary.browning@foster.com; Ed Dawda <edawda@dmms.com>
**Subject:** RE: [EXTERNAL] DGR6 - EAA termination

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Stacy,

I received your email with Amazon's written notice of termination of the Access Agreement. We are disappointed that Amazon has chosen not to enter into the lease.

As we have discussed before, we had a very good experience in Romulus, Michigan with Seefried Properties / Amazon and are confident that we can find a mutual positive path forward on 3951 Trade Drive in Grand Rapids, Michigan.

Under paragraph 3 of the Access Agreement, Amazon is now required to "remove all of its equipment, materials, products and other improvements to return the Project to a condition no worse than its condition as of the Effective Date." You may not realize the extent to which Amazon made major alterations to our property over the last several months. Below is a link to a Dropbox folder with a number of videos showing the current state of our property.

https://www.dropbox.com/sh/wglfuawopn4p3t1/AABlzZFzmNW-lRKAbSKbmP_8a?dl=0

As you can see, our property is in much worse condition than it was as of the Effective Date of the Access Agreement.

We have retained an independent third-party engineering firm to determine the magnitude of the changes which were made to our property. This firm will prepare a detailed report including estimated costs for the required scope.  After viewing the videos, you will understand that we have a number of serious concerns, including but not limited to structural integrity / life safety / code violations / our 20 year roof warranty / Association violations / blighted building exterior appearance / etc.

Given the extent of the work / demolition and alterations performed by Amazon to date (which you may or may not know) and the extent of the requirements to restore our property, we feel it is in all of our best interests to try to figure out an amicable solution.

Since you and I spoke last Tuesday, we have had a conversation with our lender to express our desire to work out a creative solution which will benefit all parties involved.  Of course, if we cannot come to terms on a lease or sale, we are confident that Amazon will fulfill its obligations under the Access Agreement.

Thank you in advance for your thoughts toward a mutually beneficial path forward.

Tony


Tony Antone
Executive Vice President
**KOJAIAN MANAGEMENT CORPORATION**
39400 Woodward Avenue, Suite 250
Bloomfield Hills, MI 48304
(248) 644-7600
(248) 644-7630 Fax

**From:** Reid, Stacy <stareid@amazon.com>
**Sent:** Friday, May 1, 2020 5:51 PM
**To:** Tony Antone <tantone@Kojaian.com>
**Subject:** DGR6 - EAA termination

Hi Tony,

Attached is a signed termination of the EAA. Please let me a good time next week for your to get on the phone with our construction manager to go through restoration items.

Stacy Reid
206-890-9808



**Disclaimer**

3

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.



*Budget Pricing*
for
**3951 Trade Drive - Restoration from Demolition**
as of 05/11/2020

| Item: | Building Restoration Items - Shell & Exterior | | |
|---|---|---|---|
| 1 | Parking Lot - repair only areas damaged from equipment and demolition | $ | 100,000 |
| 2 | Siding - Fix damage caused to exterior | $ | 10,000 |
| 3 | Masonry - replace areas of 12" concrete masonry units removed in center two story atrium | $ | 200,000 |
| 4 | Replace Cambridge HVAC air handlers removed and discarded to restore heat to building, reconnect gas | $ | 300,000 |
| 5 | Gas Pipe - replace all sections removed to restore heat - replace missing large diameter main | $ | 150,000 |
| 6 | Fire Protection - replace missing sections that were removed, turn up heads to deck, and verify coverage | $ | 100,000 |
| 7 | Glass - top of exterior wall - install at top of building all perimeter glass that was removed and replaced with temporary plywood | $ | 600,000 |
| 8 | Glass - Replace broken window panels at lower levels caused by contractor activities | $ | 10,000 |
| 9 | Roofing - Restore missing areas whwere temporary roofing was installed * | $ | 42,000 |
| 10 | Structure Integrity - Replace structure from damage caused by demolition based on prelim engineering calcs ** | | ?? |
| 11 | Freight Elevator - Fix Shaft and install elevator in working condition | $ | 400,000 |
| 12 | Overhead Door - replace door damaged door panel | $ | 5,000 |
| 13 | SUB-TOTAL for Shell and Exterior | $ | 1,917,000 |

| | Building Restoration Items - Interior | | |
|---|---|---|---|
| 14 | Concrete Slab Fix where Ramp was removed and floor structure damaged | $ | 50,000 |
| 15 | Replace ductwork removed by demolition on 2nd floor that feeds 1st floor office area | $ | 100,000 |
| 16 | Install replacement lighting for general warehouse, wire back to panel | $ | 1,600,000 |
| 17 | Replace three sets of mens/women's bathrooms completely removed during demolition | $ | 300,000 |
| 18 | Office Group 1 - 8,100 SF - 2nd floor, along N wall of atrium - replace in its entirety @ $60/sf due to complete demo | $ | 486,000 |
| 19 | Office Group 2 - 8,050 SF - 2nd floor, SW corner - replace in its entirety @ $60/sf due to complete demo | $ | 483,000 |
| 20 | Office Group 3 - Showroom - 5,400 SF - 2nd floor, W side of atrium - replace in its entirety @ $80/sf due to complete de | $ | 432,000 |
| 21 | Corner Office Pods w/ Mezz and Stair - replace 4 | $ | 480,000 |
| 22 | Warehouse Rooms - NE - 8,300 SF - replace walls, sliding doors, fix floor | $ | 207,500 |
| 23 | Electrical Fix to 1st floor bathroom group | $ | 30,000 |
| 24 | Smoke Curtains / Dividers - install and restore where missing | $ | 100,000 |
| 25 | Paint Room and Mezzanine - replace due to demolition | $ | 200,000 |
| 26 | Clean Room - Replace all walls, HVAC, Electrical due to demoliton | $ | 1,000,000 |
| 27 | General Electrical - Fix damage, restore previous power to all areas, fix card access, replace bus ducts caused by demo | $ | 2,000,000 |
| 28 | General Corrections - Open holes, floor fixes, cleanup | $ | 40,000 |
| 29 | SUB-TOTAL for Interior | $ | 7,508,500 |

| 30 | GRAND TOTAL SHELL & INTERIOR | $ | 9,425,500 |
|---|---|---|---|

*Clarifications to Budgets*

1. No Architectural or Engineering Fees Included.
2. Budget based on site walkthrough and preliminary inspection report.
3. No Contingency or undiscovered conditions included.
4. Preliminary pricing, detailed cost summary will be provided after detailed inspection, architectural and engineerng drawings, and after detailed inspection and subcontractor cost validation.

\* Consultation with roofing manufacturer necessary to determine if 20-year roof warranty has been voided.

\*\*  Awaiting engineer's scope and determination of preliminary pricing ??

New West Michigan III Industrial Investors, L.L.C. v Amazon.Com Services, LLC
US District Court – Western District Case No.:_____
Honorable _____

# TAB 8

To
Plaintiff's Complaint and Jury Demand







Bridgewater Place | Post Office Box 352
Grand Rapids, Michigan 49501-0352
Telephone 616 / 336-6000 | Fax 616 / 336-7000 | www.varnumlaw.com

Peter A. Smit
John M. Huff
Lawrence J. Murphy
Teresa S. Decker
Thomas H. Bergh
Matthew D. Zimmerman
Jonathan W. Anderson
Jeffrey A. DeVree
Susan M. Wyngaarden
David E. Khorey
Michael G. Wooldridge
Kurt G. Yost
Perrin Rynders
Mark S. Allard
Timothy E. Eagle
Michael S. McElwee
Jeffrey W. Beswick
Scott A. Huizenga
Nicholas B. Missad
Richard R. Symons
Eric M. Nemeth
Ronald G. DeWaard
James M. Eardley
Steven J. Morren
Thomas G. Kyros
Alfred L. Schubkegel, Jr.
Christopher A. Ballard
Jon M. Bylsma
Joseph B. Levan
Harvey Koning
Scott D. Alfree

Michael J. Roth
Stephanie R. Setterington
Bryan R. Walters
Dean F. Reisner
Kimberly A. Clarke
Mark E. Hills
Peter G. Roth
Mary Kay Shaver
Jude W. Pereira
David T. Caldon
Kimberly Baber
Adam J. Brody
Thomas W. Forster
Matthew B. Eugster
Charyn K. Hain
Elizabeth Wells Skaggs
Melissa B. Papke
Timothy J. Lundgren
Aaron M. Phelps
Steven T. Buquicchio
Christopher J. Caldwell
Scott J. Hill
Brion B. Doyle
Seth W. Ashby
Gary J. Mouw
Richard T. Hewlett
Bradley S. Defoe
Nina Thekdi
Michael J. Romaya
Peter A. Schmidt
Matthew W. Bower

Linsey A. Gleason
Timothy P. Monsma
Barbara E. Buchanan
Terrence J. Miglio
Laura E. Radle
Timothy K. Kroninger
Robert C. Rutgers, Jr
Charles F. Gray
Zachary J. Meyer
John D. Arendshorst
Eric R. Post
Luis E. Avila
Brendan G. Best
Julia A. Perkins
Bonnie Y. Sawusch
Stephen C. Rohr
Kyle P. Konwinski
Kristen M. Veresh
Jacob A. Droppers
John J. Rolecki
Erin M. Klug
Erika Leuffen Salerno
John N. Titley
Salvatore J. Vitale, Jr.
Katherine K. Roskam
Mallory A. Field
Sarah L. Wixson
Jeffrey D. Koelzer
John W. Sturgis
Christopher M. Hiller
Matthew E. Maltz

William L. Thompson
Robert M. Huff
Justin L. Fitzgerald
Erin M. Haney
Tiffany K. Snow
Herman D. Hofman
Regan A. Gibson
Rebecca K. Wrock
Elliott M. Berlin
Paul A. Albarran
Seth B. Arthur
Christopher M. George
Janelle G. Haggadone
Yvonne Kupfermann
Justin K. Ooms
Lauren E. Potocsky
Shaquari M. Everson
Charumati Ganesh
Barbara A. Moore
Ethan J. Beswick
Alexander K. Campbell
Chloe N. Cunningham
Ashleigh E. Draft
Olayinka A. Ope

Counsel
Stephen P. Afendoulis
John W. Allen
Christopher P. Baker
Anthony T. Barnes
Susan E. Benington

Robert A. Buchanan
Lawrence P. Burns
Steven G. Cappellino
Laura A. Chappelle
Kristiana M. Coutu
Nyal D. Deems
William A. Dornbos
Anthony P. Gauthier
Stacey A. George
Bruce Goodman
Randall J. Groendyk
Bruce R. Grubb
Edward S. Gusky
William R. Hineline
Dirk Hoffius
Shanna M. Kaminski
Thomas J. Kenny
Casey Koppelman
Randall W. Kraker
Marilyn A. Lankfer
Kevin S. Macaddino
Richard P. Manczak
Douglas L. Mesman
Robert D. Mollhagen
Michael J. Mulcahy
Shalini Nangia
Angelique M. Neal
Katherine L. O'Connor
Deborah I. Ondersma
John W. Pestle
Edward R. Post

Dale R. Rietberg
Maureen P. Rouse-Ayoub
Jack D. Sage
Joan Schleef
Jeffrey M. Stefan II
Fredric A. Sytsma
David M. Thoms
Terry E. Tobias
Joseph J. Vogan
John Patrick White

Of Counsel
Peter Armstrong
Bruce A. Barnhart
Timothy J. Curtin
Jon F. DeWitt
Richard D. Fries
Richard A. Hooker
Donald L. Johnson
Kaplin S. Jones
Kevin B. Krauss
Paul L. B. McKenney
Daniel C. Molhoek
David E. Preston
William E. Rohn
Jeffrey L. Schad
Eric J. Schneidewind
Hilary F. Snell
Larry J. Titley
Carl E. Ver Beek

May 20, 2020

Mr. Joshua Abells
Amazon.Com Services, LLC
410 Terry Ave N
Seattle, WA 98109

Amazon
c/o Amazon.com, Inc.
Attention: Real Estate Manager (NA Ops: DGR6)
410 Terry Ave N
Seattle, WA 98109

Amazon
c/o Amazon.com, Inc.
Attention: General Counsel (Real Estate NA Ops: DGR6)
410 Terry Ave N
Seattle, WA 98109

Re:    DGR6
New West Michigan III Industrial Investors, LLC ("Owner")
AMAZON.COM SERVICES, LLC ("Amazon")
3951 Trade Dr., SE, Grand Rapids, Michigan (the "Premises")

Joshua Abells
May 20, 2020
Page 2

Dear Mr. Abells:

My firm represents the Owner with respect to the Premises and Amazon's recently terminated presence and work at the Premises.

Amazon and the Owner entered into an Access Agreement, effective, January 3, 2020, for the purposes of permitting Amazon to complete certain specifically enumerated actions in order to facilitate Amazon's determination that the Premises was suitable for Amazon's intended purposes prior to entering into a lease agreement for the Premises.

Amazon terminated the Access Agreement on May 1, 2020, thereby triggering its obligation under the Access Agreement to "return the [Premises] to a condition no worse than its condition as of the Effective Date."

Amazon completed work during the period of Amazon's access to the Premises that drastically exceeded both the terms and spirit of the Access Agreement. Indeed, from physical inspection of the Premises by commercial contractors and a structural engineer, it appears that Amazon demolished as much as 45% of the electrical, mechanical, fire protection and plumbing infrastructure of the Premises, penetrated the roof in multiple locations in a manner that may have voided the remaining seventeen (17) years of the roof warranty, and caused damage to the exterior of the Premises. Further, because Amazon physically severed the primary gas supply line to the Premises in multiple locations, there is no HVAC service to the office spaces that Amazon did not demolish, which will quickly result in mildew and mold growth if heating and cooling are not re-established. Additionally, the results of Amazon's demolition work and in particular, the disabling of the fire suppression system, have almost certainly rendered the Premises non-compliant with state and local codes and ordinances, and therefore unavailable for occupancy. Finally, Amazon's demolition work at the Premises has compromised its structural integrity which must be immediately addressed to avoid catastrophic loss.

Amazon's completion of work far outside the scope of the Access Agreement has also created potential breaches of the Owner's financing obligations, and the exterior blight resulting from Amazon's work at the Premises has created violations of the Grand Rapids Commerce Center Association's bylaws, notice of which has been provided to the Owner.

Amazon received notice of these issues seven days ago, along with an initial restoration cost estimate in excess of $9,000,000, but has not responded in any meaningful fashion. Therefore, we have arranged, on the Owner's behalf, for a qualified commercial contractor to complete a more detailed review of the Premises and create a scope of work to return the Premises to a condition no worse than its condition as of the Effective Date of the Access Agreement, with related pricing. Please see the attached. In order to satisfy its obligations to mitigate the ongoing damages caused by Amazon, the Owner intends to commence restoring the Premises once the scope of work and pricing study is complete.

Joshua Abells
May 20, 2020
Page 3

Accordingly, the Owner hereby declares Amazon to be in breach of the Access Agreement. Consistent with Paragraph 9 thereof, Amazon has fifteen (15) days within which to cure the breach by returning the Premises to a condition no worse than its condition as of the Effective Date of the Access Agreement or by commencing and diligently pursuing the cure of returning the Premises to a condition no worse than its condition as of the Effective Date of the Access Agreement.

Three weeks have transpired since Amazon terminated the Access Agreement. Amazon has failed to commence its obligations in accordance with Paragraph 9. The Owner recognizes that a positive resolution to these issues can be timely achieved by Amazon.

Very truly yours,

VARNUM

Mark E. Hills

MEH/srs
Enclosure

cc:     na-realestate@amazon.com;
        legal-us-realestate@amazon.com
        Stacy Reid, via e-mail (stareid@amazon.com)
        Tony Antone

16424011_1.docx



Wednesday, May 20, 2020

Varnum LLP
233 Washington Avenue, Suite 205
Grand Haven, MI
Attn: Mark E. Hills

**RE:    Detailed building investigation and cost study – 3591 Trade Drive SE, Grand Rapids MI**

Dear Mark,

Visser Brothers Inc. is pleased to offer the following for investigation and recommendation services for the existing building and site location at 3591 Trade Drive SE, Grand Rapids, MI 49508.  Project understanding is to document a detailed cost of work and materials required to return the building to its existing condition before demolition activities commenced in early 2020.

**Services:**

- Detailed review of pre-demolition building documents, plans and photographs
- Identification of demolished office and clean-room spaces, itemization of work to restore office and clean-room spaces to pre-demolition condition, and provide cost estimate for restoring office and clean-room spaces to pre-demolition condition.
- Identification of extent of severed and removed infrastructure
- Detailed Cost Estimates
- Full study and documentation of necessary steps to:
    - Return to safe and weathertight condition
    - Return to original condition before demolition
- Review StructuralEngineer's recommendations and cost impacts
- Electrical,as follows: review of building plans and photographs, and physical inspection of building to (i) identify remaining electrical infrastructure in place, (ii) determine viability of remaining electrical infrastructure, (iii) itemize necessary work to restore electrical infrastructure to pre-demolition condition, and (iv) provide cost estimate for restoring electrical infrastructure to pre-demolition condition
- Mechanical Investigation as follows: review of building plans and photographs, and physical inspection of building to (i) identify remaining mechanical infrastructure in place, (ii) determine viability of remaining mechanical infrastructure, (iii) itemize necessary work to restore mechanical infrastructure to pre-demolition condition, including primary gas supply to building,  and (iv) provide cost estimate for restoring mechanical infrastructure to pre-demolition condition.
- Fire Protection Investigation as follows: review of building plans and photographs, and physical inspection of building to (i) identify remaining fire protection infrastructure in place, (ii) determine viability of remaining fire protection infrastructure, (iii) itemize necessary work to restore fire protection infrastructure to pre-demolition condition, and (iv) provide cost estimate for restoring fire protection infrastructure to pre-demolition condition.
- Plumbing Investigation as follows: review of building plans and photographs, and physical inspection of building to (i) identify remaining plumbing infrastructure in place, (ii) determine viability of remaining plumbing infrastructure, (iii) itemize necessary work to restore plumbing infrastructure to pre-demolition condition, and (iv) provide cost estimate for restoring plumbing infrastructure to pre-demolition condition.



- Roof Investigation as follows: review of building plans and photographs, and physical inspection of building to (i) identify location and scope of roof penetrations occurring during demolition, (ii) itemize necessary work to restore roof to pre-demolition condition, including continuation of pre-demolition roof warranty, and (iii) provide cost estimate for restoring roof to pre-demolition condition.

**Investigation and Study Fee:**
- Visser Brothers – $17,000
- Lift Rental for 2 weeks - $1,800
- Electrical Investigation - $12,000
- HVAC Investigation - $3,400
- Fire Protection Investigation - $1,000
- Plumbing Investigation - $2,500
- Roof Investigation - $800
- OH & P - $3,850

**TOTAL FEE: $42,350**

**Reimbursable Expenses:** (to be invoiced at cost of subcontractor or consultant plus 5%)
- Any Subcontracted services (ex. Sewer Camera Investigation Cost)
- Any 3rd Party Engineering, Consulting Services, or Testing Services

Our services do not include any Architectural, engineering, design, or legal services.

If you have any questions please feel free to contact us.

Sincerely,

Jeff Schut
Visser Brothers, Inc.

Approval: _New West Michigan LLC Interford Investors LLC_

Date: _May 20, 2020_