UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WEST MICHIGAN III INDUSTRIAL
INVESTORS, L.L.C.,

    Plaintiff,                                   Case No. 1:20-cv-510

v.                                             HONORABLE PAUL L. MALONEY

AMAZON.COM SERVICES LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff (ECF NO. 4), and Fed. R. Civ. P. 41(a)(1)(A)(2), this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated:  June 25, 2020                                              /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge